1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 | PETER A. MESHOT, State Bar No. 117061
Supervising Deputy Attorney General
3 | NATASHA N. LANGENFELD, State Bar No. 250944
AMIE C. MCTAVISH, STATE BAR NO. 242372
4 | Deputy Attorney General
 1300 I Street, Suite 125
5 | P.O. Box 944255
 Sacramento, CA 94244-2550
6 | Telephone: (916) 210-6334
 Fax: (916) 322-8288
7 | E-mail: Natasha.Langenfeld@doj.ca.gov
*Attorneys for Defendants John Price and Brent*
8 | *Newman*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **SAMUEL J. LAVIGNE,**<br><br>Plaintiff,<br><br>v.<br><br>**STEPHEN JOHNSON; JOHN PRICE; BRENT NEWMAN; DOES 1 THROUGH 10,**<br><br>Defendants. | 2:19-CV-00186-TLN-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR INITIAL RULE 26(f) CONFERENCE**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: Honorable Troy L. Nunley<br>Trial Date:<br>Action Filed: January 30, 2019 |

Plaintiff Samuel LaVigne and Defendants Stephen Johnson, Captain John Price, and Chief Brent Newman, by and through their respective counsel of record, hereby stipulate as follows:

1. WHEREAS, pursuant to the Federal Rule of Civil Procedure 26(a), Local Rules and Order of the Honorable Judge Troy L. Nunley, the time for the parties to confer as required by Federal Rule of Civil Procedure 26(f) is within sixty (60) days of service of the complaint on any party.

2. WHEREAS, Defendant Stephen Johnson resides out-of-state and accepted substitute service on March 18, 2019. Good cause exists to extend the deadline for the Rule 26 (f)

conference to allow Defendant Stephen Johnson an opportunity to file a response to the Complaint and participate in the Rule 26(f) conference. No previous extensions of time have been sought.

    3. WHEREAS, the Parties have agreed to extend the date to confer as required by Federal Rule of Civil Procedure 26(f) to allow all named parties to engage in the Rule 26(f) conference, in the interest of efficiency of time and resources, and in the spirit of cooperation.

    4. WHEREAS continuing the Rule 26(f) conference to on or before June 10, 2019 will not alter any other event or deadline already fixed by Court order;

NOW, THEREFOR, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that the parties shall confer as required by Federal Rule of Civil Procedure 26(f) on or before Thursday June 10 at 1:00 p.m.

Dated: April 24, 2019      By:    /s/ Stewart Katz *( as authorized by phone)*
    STEWART KATZ, Attorney for Plaintiff

Dated: April 24, 2019      By:    /s/ Natasha Langenfeld
    NATASHA LANGENFELD
    Attorney for Defendants Captain John Price and Brent Newman

Dated: April 24, 2019      By:    /s/ Lee Roistacher *( as authorized by email)*
    LEE ROISTACHER
    Attorney for Defendant Stephen Johnson

2

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: May 7, 2019

_____
Troy L. Nunley
United States District Judge