**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678
*Attorney for Plaintiff*
*SAMUEL J. LaVIGNE*

**DALEY & HEFT LLP**
Lee H. Roistacher, Esq. (SBN 179619)
462 Stevens Ave., Suite 201
Solana Beach, CA 92075
Telephone: (858) 755-5666
Facsimile: (858) 755-7870
Email: lroistacher@daleyheft.com
*Attorneys for Defendant*
*Stephen Johnson*

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ALBERTO L. GONZALEZ, State Bar No. 117605
Supervising Deputy Attorney General
VICKIE WHITNEY, State Bar No. 145316
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7520
  Fax: (916) 324-5567
  E-mail: Vickie.Whitney@doj.ca.gov
*Attorneys for Defendants John Price and Brent Newman*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL J. LAVIGNE,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEPHEN JOHNSON; JOHN PRICE; BRENT NEWMAN; DOES 1 THROUGH 10,<br><br>    Defendants.<br>_____/ | NO. 2:19-cv-00186-TLN-CKD<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

///

///

LaVigne – Order Modifying Pretrial Scheduling Order                                                                 1

Based upon the stipulation of the parties, and good cause appearing, the Court modifies the Pretrial Scheduling Order as follows:

- Non-expert discovery deadline: May 6, 2020
- Expert witness disclosure deadline: July 13, 2020
- Supplemental expert witness disclosure deadline: August 14, 2020
- Supplemental discovery pursuant to Federal Rule of Civil Procedure 26(e) deadline: October 2, 2020
- Joint Notice of Trial Readiness deadline: September 10, 2020
- Dispositive Motion filing deadline: November 2, 2020

**IT IS SO ORDERED:**

Dated: October 17, 2019

Troy L. Nunley
United States District Judge