| | |
|---|---|
| SAMUEL J. LAVIGNE, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN JOHNSON et al., <br><br> Defendants. | No. 2:19-cv-00186-TLN-CKD <br><br><br> ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

On January 22, 2020, this court held a hearing on plaintiff's motion to compel. (ECF No. 24.) Following the hearing the court ordered defendant Johnson to "produce physical copies to the court for in camera review everything he identified as responsive to plaintiff's request for production, set one, request two, irrespective of claims of privilege or objections made" by January 27, 2020. (ECF No. 24.) To date, defendant Johnson has not provided the court with any documents or any reason for his failure to produce said documents, precluding this court from settling this discovery dispute.

////
////
////
////
////

1

Accordingly, within seven days of this order, the court ORDERS defendant Johnson to SHOW CAUSE why sanctions should not be imposed for his failure to comply with this court's order. The informal telephonic conference scheduled for Wednesday, February 5, 2020, will remain on the court's calendar.

Dated: February 3, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.186.lavi