UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL J. LAVIGNE, | No. 2:19-cv-00186-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| STEPHEN JOHNSON et al., | |
| Defendants. | |

The parties in the present action have informed the court that they wish to stay the proceedings in this matter and be referred to a settlement conference. Accordingly, the undersigned HEREBY ORDERS that the current deadline for defendants Newman and Price to provide the court with in camera documents and argument, as ordered on February 6, 2020, is VACATED. (ECF No. 30.)

Dated: February 11, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.186.lavi

1