# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL J. LAVIGNE,<br><br>  Plaintiff,<br><br>  v.<br><br>STEPHEN JOHNSON, et al.,<br><br>  Defendants. | No. 2:19-CV-0186-TLN-CKD<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter is set for a settlement conference before the undersigned in Sacramento, California, on March 24, 2020, at 1:30 p.m. See ECF No. 33. Pending before the court is defendant Johnson's request to excuse his personal appearance at the settlement conference. See ECF No. 34. Good cause appearing therefor, defendant Johnson's request is granted but only to the extent a representative of the California Highway Patrol is personally present with full settlement authority. Defendant Johnson shall be available by telephone.

IT IS SO ORDERED.

Dated: February 20, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1