# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL J. LAVIGNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN JOHNSON, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-0186-TLN-CKD<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this civil rights action. On February 18, 2020, the matter was referred to the undersigned for a settlement conference to be held on March 24, 2020, in Sacramento, California. See ECF No. 33. On March 18, 2020, the Chief District Judge issued General Order 612 in light of the COVID-19 virus outbreak. That order provides in relevant part:

> All of the court's civil matters will be decided on the papers, or if the assigned Judge believes a hearing is necessary, the hearing will be held by telephone or videoconference. This applies to all matters including motion hearings, case management conferences, pretrial conferences, and settlement conferences.

/ / /

/ / /

/ / /

/ / /

1

Pursuant to General Order 612, the settlement conference set for March 24, 2020, is hereby vacated and will be re-set at a later date. On or before April 10, 2020, the parties shall file a joint statement setting forth agreeable alternative dates as well as procedures should an in-person settlement conference remain unfeasable due to the COVID-19 virus outbreak.

IT IS SO ORDERED.

Dated: March 19, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE