IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL J. LAVIGNE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEPHEN JOHNSON, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-0186-TLN-CKD<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. The settlement conference is scheduled for June 30, 2020, at 10:00 a.m. in Courtroom 10, 13th Floor, Sacramento, California, before the undersigned. The Court has already received the confidential settlement conference statements from defendants. Plaintiff shall submit his confidential settlement conference statement directly to chambers within 14 days of the date of this order. Unless otherwise notified by the Court, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. See Local Rule 270(f)(1). In the event the current Eastern District Order precluding public access to the District Court remains in effect as of the June 30 settlement conference date, the Court will issue a further Order in this matter confirming arrangements for electronic appearances at the conference.

///

///

1

IT IS SO ORDERED.

Dated: May 21, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE