IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL J. LAVIGNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEPHEN JOHNSON, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-0186-TLN-CKD<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter is set for a settlement conference before the undersigned in Sacramento, California, on June 30, 2020. See ECF No. 43. On March 18, 2020, the Chief District Judge issued General Order 612 in light of the COVID-19 virus outbreak. That order provides in relevant part:

> All of the court's civil matters will be decided on the papers, or if the assigned Judge believes a hearing is necessary, the hearing will be held by telephone or videoconference. This applies to all matters including motion hearings, case management conferences, pretrial conferences, and settlement conferences.

General Order 612 was effective through May 1, 2020. On April 17, 2020, the Chief District Judge issued General Order 617 extending the provisions of General Order 612 through June 1, 2020. On May 13, 2020, the Chief District Judge issued General Order 618 extending the provisions of General Order 612 indefinitely.

///

1   Pursuant to General Order 618, the settlement conference set for June 30, 2020, in
2 Sacramento, California, is vacated.  Given the parties' desire for an in-person settlement
3 conference, and on the possibility General Order 618 will be lifted, within seven days of the date
4 of this order the parties shall file a joint statement setting forth at least three alternative available
5 dates in late July 2020 or early August 2020 for a re-scheduled settlement conference.  In the
6 event General Order 618 is still in effect as of those dates, the Court will invite further input from
7 the parties.
8   IT IS SO ORDERED.

10  Dated:  June 17, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE