IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL J. LAVIGNE, | No. 2:19-CV-0186-TLN-CKD |
| Plaintiff, | |
| v. | ORDER |
| STEPHEN JOHNSON, et al., | |
| Defendants. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The matter is hereby set for a settlement conference before the undersigned in Sacramento, California, on August 11, 2020, at 9:00 a.m., in Courtroom 10. Unless otherwise notified by the Court, counsel shall be accompanied by a person able to dispose of the case or be fully authorized to settle the matter on any terms. See Local Rule 270(f)(1).

IT IS SO ORDERED.

Dated: June 30, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1